UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEAN WILLIAMS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.: 22-cv-2228-JBM |
| ) | |
| KANKAKEE COUNTY ) | |
| DETENTION CENTER, ) | |
| ) | |
| Defendant. ) | |

## MERIT REVIEW ORDER

Plaintiff, proceeding *pro se* and currently housed at the Jerome Combs Detention Center, files a Complaint pursuant to 42 U.S.C. § 1983 alleging inhumane conditions of confinement at the Kankakee County Detention Center. (Doc. 1). The case is before the Court for a merit review pursuant to 28 U.S.C. § 1915A. In reviewing the Complaint, the Court accepts the factual allegations as true, liberally construing them in Plaintiff's favor. *Turley v. Rednour*, 729 F.3d 645, 649-51 (7th Cir. 2013). However, conclusory statements and labels are insufficient. Enough facts must be provided to "state a claim for relief that is plausible on its face." *Alexander v. United States*, 721 F.3d 418, 422 (7th Cir. 2013) (citation and internal quotation marks omitted). While the pleading standard does not require "detailed factual allegations," it requires "more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Wilson v. Ryker*, 451 F. App'x 588, 589 (7th Cir. 2011) (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)).

Plaintiff names the Kankakee County Detention Center as the sole Defendant in this matter. He alleges that urine and feces are transferred from one toilet to another when the toilets are flushed. He also states that there is an infestation of spiders in his cell, and he has been bitten by them. Plaintiff claims that water seeps through the cell wall and forms puddles on the floor when

1

it rains, which causes mildew and damages his legal documents, clothes, and shoes. Finally, he claims that the emergency buttons are inaccessible from inside the cells, which is hazardous and potential fatal. Plaintiff alleges that he informed staff members about these issues, but no action has been taken. Plaintiff does not state the names of the individuals he allegedly notified.

Kankakee County Detention Center is not a "person" amenable to suit under § 1983. *Dye v. Wargo*, 253 F.3d 296, 299 (7th Cir. 2001); *Nava v. Sangamon Cnty. Jail*, No. 14-3090, 2014 WL 1320259, at *2 (C.D. Ill. Apr. 2, 2014) ("'Sangamon County Jail' is not a 'person' that may be sued under § 1983"); *Wright v. Porter Cnty.*, No. 2:12 CV 493, 2013 WL 1176199, at *2 (N.D. Ind. Mar. 19, 2013) (jail "is a building, not a 'person' or even a policy-making body that can be sued for constitutional violations"). The Kankakee County Detention Center is DISMISSED with prejudice. Plaintiff will be given leave to file an Amended Complaint within 30 days of this Order.

**IT IS THEREFORE ORDERED:**

**1.     The Kankakee County Detention Center is DISMISSED with prejudice. The Court will allow Plaintiff the opportunity to file an Amended Complaint within 30 days of this Order. Failure to file an Amended Complaint will result in the dismissal of this case for failure to state a claim. Plaintiff's Amended Complaint will replace Plaintiff's Complaint in its entirety. The Amended Complaint must contain all allegations against all Defendants. Piecemeal amendments are not accepted.**

**2.     Plaintiff's Motion for Status Update [5] is MOOT.**


ENTERED:     3/21/2023

                                                    s/ Joe Billy McDade
                                                    Joe Billy McDade
                                                    U.S. District Court Judge